UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXIE JONES, | |
| Plaintiff, | CASE NO. C14-1241-RAJ |
| v. | |
| STEPHEN SINCLAIR, et al., | ORDER DISMISSING ACTION |
| Defendants. | |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 5th day of October, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1